IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00700-MSK-OES

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

A PLUS OPEN LLC, a Colorado limited liability company, and
JOHN HON, an individual,

    Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter.

The Clerk shall randomly reassign this case to another judge of this Court.

Dated this 27th day of January, 2006

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge