IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00700-RPM


MICROSOFT CORPORATION,
a Washisngton corporation,

                Plaintiff,

v.

A PLUS OPEN LLC,
a Colorado limited liability company, and
JOHN HON,

                Defendants.

_____

ORDER VACATING PRE-TRIAL PREPARATION AND TRIAL SETTING ORDER
_____


        This civil action was reassigned to the undersigned after an order of recusal

entered by Judge Marcia S. Krieger on January 27, 2006.  Upon a review of the file in

this matter, first seen by the undersigned today, and the procedures and settings

established by Judge Krieger's order of August 16, 2005, headed Pre-Trial Preparation

and Trial Setting Order-Bench Trial (Civil) being inconsistent with the practices and

procedures of the undersigned, it is

        ORDERED that the Pre-Trial Preparation and Trial Setting Order-Bench Trial

(Civil) entered August 26, 2005, is vacated.

        DATED: March 7th, 2006

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior Judge