IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00700-RPM

MICROSOFT CORPORATION,
a Washisngton corporation,

        Plaintiff,

v.

A PLUS OPEN LLC,
a Colorado limited liability company, and
JOHN HON,

        Defendants.

_____

ORDER VACATING ORDER OF REFERENCE AND ORDER DIRECTING
COMPLIANCE WITH D.C.COLO.LCivR 24.1
_____

Upon review of the Clerk's file in this case, and upon the conclusion that all

further proceedings in this matter should be handled directly the undersigned Judge

and it also appearing that the answer filed by the defendants on July 28, 2005, raises

as an affirmative defense that the Anti-Counterfeiting Amendments Act of 2004 is

unconstitutional on its face and as applied under both the U.S. and the Colorado

Constitutions and it further appearing that the defendants have not complied with

D.C.COLO.LCivR 24.1(A) and (B), it is now

ORDERED that the Order of Reference to Magistrate Judge entered on May 19,

2005, is vacated and it is

FURTHER ORDERED that on or before March 28, 2006, the defendants shall

comply with the requirements of D.C.COLO.LCivR 24.1(A) and (B), failing in which the

affirmative defense of unconstitutionality will be stricken.

DATED: March 7, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge