IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00700-RPM

MICROSOFT CORPORATION,
a Washisngton corporation,

        Plaintiff,

v.

A PLUS OPEN LLC,
a Colorado limited liability company, and
JOHN HON,

        Defendants.

_____

ORDER FOR FILING AMENDED COMPLAINT AND VACATING SCHEDULING ORDER
_____

Upon consideration of the plaintiff's motion to amend complaint, filed January 25, 2006, and the First Amended Complaint tendered therewith; the defendants' response of February 8, 2006, and the plaintiff's reply of February 9, 2006, it is

ORDERED that the motion to amend is granted and the First Amended Complaint tendered therewith is ordered filed.  It is

FURTHER ORDERED that because new parties are added by the First Amended Complaint, the Scheduling Order entered on August 16, 2005, is no longer effective in this case.  A new scheduling conference will be convened before this Court after responses to the First Amended Complaint have been filed.  Therefore, the Scheduling Order of August 16, 2005, is vacated and the Second Stipulated Motion to Extend Discovery Cut-Off for Limited Purposes is denied.  The Court sees no purpose in proceeding with depositions in this matter until the new parties are in the case and

can participate.

DATED: March 15th, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge