IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00700-RPM

MICROSOFT CORPORATION,
a Washington corporation,

    Plaintiff,

v.

A PLUS OPEN LLC,
a Colorado limited liability company;
JOHN HON;
MICROTECH COMPUTERS, INC., a Kansas corporation;
and DANA CHANG,

    Defendants.
_____

ORDER
_____

  Upon consideration of the Unopposed Motion to Intervene of the United States (Doc. #66), filed on January 5, 2007, it is

  ORDERED that the motion is granted.

  DATED: January 9th, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge