IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00700-RPM-MEH

MICROSOFT CORPORATION,
a Washington corporation,

        Plaintiff,

v.

A PLUS OPEN LLC,
a Colorado limited liability company;
JOHN HON;
MICROTECH COMPUTERS, INC., a Kansas corporation;
and DANA CHANG,

        Defendants.
_____

ORDER
_____

Upon consideration of the Unopposed Motion for Re-Reference to Magistrate Judge to Conduct Settlement Conference (Doc. #73), filed on March 15, 2007, it is

ORDERED that this civil action is referred to United States Magistrate Judge Michael E. Hegarty for the purpose of convening a settlement conference and such other procedures as the Magistrate Judge may deem appropriate for facilitating settlement of this case.

DATED: March 19th, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge