IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00700-RPM-MEH

MICROSOFT CORPORATION,
a Washington corporation,

        Plaintiff,

v.

A PLUS OPEN LLC,
a Colorado limited liability company;
JOHN HON;
MICROTECH COMPUTERS, INC., a Kansas corporation;
and DANA CHANG,        Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the hearing today, it is

ORDERED that a pretrial conference is scheduled for **May 18, 2007, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **May 10, 2007.**

DATED: April 6th , 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge