**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-00700-RPM-MEH

MICROSOFT CORPORATION, a Washington Corporation,

                Plaintiff,

v.

A PLUS OPEN LLC, a Colorado limited liability company,
JOHN HON, an individual,
MICROTECH COMPUTERS, a Kansas corporation, and
DANA CHANG, an individual

                Defendants.

---

**PERMANENT INJUNCTION**

---

This matter comes before the Court upon the Stipulated Motion for Permanent Injunction. Good cause having been shown, IT IS ORDERED that Defendants A Plus Open LLC, John Hon, Microtech Computers and Dana Chang (collectively, "Defendants") along with their officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

    (a)    trafficking in counterfeit or illicit labels, as defined by 18 U.S.C. § 2318;

    (b)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULAs"), Certificates of Authenticity ("COAs") or items protected by Microsoft's registered trademarks and service

mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

      (1)    1,256,083 ("MICROSOFT");

      (2)    1,200,236 ("MICROSOFT");

      (3)    1,872,264 ("WINDOWS");

(c) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (b) above;

(d) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the

manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

(e) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(f) engaging in any other activity constituting an illegal distribution of any software, component, end user license agreement, certificate of authenticity, label, item, or thing, and/or infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of Microsoft's name, reputation, or goodwill; and,

4

(g)  assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) and (f) above.

Done this 26th day of April, 2007

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge
United States District Court